FILED

APR 2 2019

Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18–52–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JUSTIN ROSS IVINS, | |
| Defendant. | |

This matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. Defendant Justin Ross Ivins appeared before Magistrate Judge Jeremiah Lynch on December 19, 2018 and entered a plea of guilty to charge in the Indictment. He also admitted the forfeiture allegation. Magistrate Judge Jeremiah Lynch recommended that the defendant be adjudged guilty and that sentence be imposed. He further recommended that the agreed forfeiture be imposed against the defendant. On January 3, 2019, United States Chief District Judge Dana L. Christensen adopted the United States Magistrate Judge Jeremiah C. Lynch's Findings and Recommendations and accepted the defendant's guilty plea.

The defendant's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

-1-

IT IS ORDERED:

THAT Ivins' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- A Mossberg .22-caliber rifle with "Western Field" markings, model 04M-390B (no serial number)
- 4 rounds of ammunition with unknown manufacturer
- 19 rounds of assorted ammunition
- 17 rounds of assorted ammunition
- 13 rounds of Federal, 22-caliber ammunition
- 18 rounds of Remington, 7-caliber ammunition
- 4 rounds of Remington, 280-caliber ammunition
- 1 round of Precision, 300-caliber ammunition
- 7 rounds of assorted ammunition
- 64 rounds of ammunition with unknown manufacturer
- 1 45-caliber ammunition component with unknown manufacturer
- 18 Western Cartridge Co., 243-caliber ammunition components
- 1 Smith and Wesson pistol magazine

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 924(d) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 2nd day of April, 2019.

Dana L. Christensen, Chief District Judge
United States District Court