IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ROSS IVINS,<br><br>Defendant. | CR 18–52–M–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Vacate Orders of Forfeiture. (Doc. 42.)

IT IS ORDERED that the motion (Doc. 42) is GRANTED. The forfeiture orders previously issued in this case are VACATED as to those items listed in the preliminary order of forfeiture (Doc. 34).

DATED this 12th day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

-1-